UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH A. BRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11CV1892 RWS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Keith Bright's appeal from an adverse ruling of the Social Security Administration.  Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce who filed his Report and Recommendation on July 12, 2012.  Judge Noce recommended that the Commissioner's decision to deny benefits should be reversed and that this case should be remanded for further proceedings.  Judge Noce found that the Administrative Law Judge failed to consider all the relevant evidence in making his determination that the Plaintiff's medically determinable impairments did not rise to the level of disability.

Any objections to Judge Noce's Report and Recommendation had to be filed by July 26, 2012.  Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Noce [#15] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED that**, pursuant to sentence-four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings in accordance with the Report and Recommendation.

                                          RODNEY W. SIPPEL
                                          UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2012.